UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARLOS RIVERA,<br><br>Defendant. | No. 24-CR-318<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

In light of Carlos Rivera's acceptance into the Young Adult Opportunity Program and the reassignment of his case to the undersigned, the sentencing scheduled for October 10, 2024 and all corresponding submission deadlines are adjourned *sine die*.

SO ORDERED.

Dated:   September 27, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge