**Law office of Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

September 27, 2024

VIA ECF
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

24 Cr 318
Re: *United States v. Carlos Rivera, 24 Mag. 1378 (RA)*

Ronnie Abrams, U.S.D.J.
September 30, 2024

Dear Judge Abrams:

    I represent defendant Carlos Rivera in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act. I write to respectfully request a modification to Mr. Rivera's bail conditions.

    A condition of Mr. Rivera's bail directs him to restrict travel to the Southern and Eastern Districts of New York. Mr. Rivera and his girlfriend were asked to be a groomsman and maid of honor in their best friend's wedding on Friday, October 11, 2024 in Marietta, Georgia.

    Mr. Rivera respectfully requests a bail modification that will allow him to travel to Marietta, Georgia on Wednesday, October 9, 2024, and return to New York on Sunday, October 13, 2024 in order to attend his best friend's wedding.

    Mr. Liriano's Pretrial Officer has no objections to the request. The Government defers to Pretrial Services.

    The Court's time and attention to this request is greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
Cory Garcia, Esq.