**Law office of**
**CG Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

December 5, 2024

VIA ECF
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 6, 2024

Re: *United States v. Carlos Rivera, 24 Mag. 1378 (RA)*
24 Cr. 318

Dear Judge Abrams:

    I represent defendant Carlos Rivera in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act. I write to respectfully request a modification to Mr. Rivera's bail conditions.

    A condition of Mr. Rivera's bail directs him to restrict travel to the Southern and Eastern Districts of New York. Mr. Rivera and his girlfriend were invited to his brother-in-law's Baby Shower in Porterville, California on Sunday, December 29, 2024, at 5:00 p.m.

    Mr. Rivera respectfully requests a bail modification that will allow him to travel to Porterville, California on Thursday, December 26, 2024, and return to New York on Monday, December 30, 2024, to attend his brother-in-law's Baby Shower.

    Mr. Rivera's Pretrial Officer has no objections to the request. The Government defers to Pretrial Services.

    The Court's time and attention to this request is greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
_____
Cory Garcia, Esq.