**Law office of**
**CG Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

May 30, 2025

VIA ECF
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 2, 2025

Re: *United States v. Carlos Rivera, 24 Cr. 318 (RA)*

Dear Judge Abrams:

    I represent defendant Carlos Rivera in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act. I write to respectfully request a modification to Mr. Rivera's bail conditions.

    A condition of Mr. Rivera's bail directs him to restrict travel to the Southern and Eastern Districts of New York. Mr. Rivera and his girlfriend request to travel to San Juan, Puerto Rico on July 3, 2025, and return to New York on July 6, 2025. Mr. Rivera's girlfriend is employed by State Farm Insurance company which has a work function in San Juan Puerto Rico during that time.

    Mr. Rivera respectfully requests a bail modification that will allow him to travel to San Juan, Puerto Rico on Thursday, July 3, 2025, and return to New York on Sunday, July 6, 2025, to attend a State Farm Insurance work function.

    Mr. Rivera's Pretrial Officer has no objections to the request. The Government defers to Pretrial Services.

    The Court's time and attention to this request is greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
_____
Cory Garcia, Esq.