**CG** Law office of **Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

May 6, 2026

VIA ECF
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 7, 2026

Re: ***United States v. Carlos Rivera, 24 Cr. 318 (RA)***

Dear Judge Abrams:

    I represent defendant Carlos Rivera in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act. I write to respectfully request a modification to Mr. Rivera's bail conditions.

    A condition of Mr. Rivera's bail mandates that he restrict his travel to the Southern and Eastern Districts of New York. Mr. Rivera respectfully requests a bail modification that would permit him to travel to Toronto, Canada, on Friday May 22, 2026, and return to New York on Monday, May 25, 2026, to celebrate Memorial Day with his wife and friends. Additionally, Mr. Rivera requests the return of his United States Passport in order to travel to Canada.

    Mr. Rivera's Pretrial Officer has no objections to the request. The Government defers to Pretrial Services.

    The Court's time and attention to this request is greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
_____
Cory Garcia, Esq.